## DUNN v. STATE.
### No. 23122.

Court of Criminal Appeals of Texas.
May 9, 1945.

Alex P. Pope and Nat Gentry, both of Tyler, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted in the county court of Smith County for the violation of the liquor law and his punishment was assessed at a fine of $100.

The record is before us without a statement of facts or bills of exceptions. Appellant entered a plea of guilty to the offense charged, and waived a jury upon the trial. All matters of procedure appear to be in regular form.

The judgment of the trial court is affirmed.